

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

MSHC The Waterton at Cowhorn Creek, LLC, Appellant

No. 06-12-00056-CV          v.

Donna Miller, Individually and as Representative of the Estate of Nellie Mae Jackson, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 11C0131-005). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Carter participating.

As stated in the Court's opinion of this date, we find reversible error in part of the order of the court below. Therefore, we reverse the order of the trial court only to the extent it denied dismissal of Miller's direct liability claims against The Waterton, and we render judgment dismissing those claims. In accordance with our opinion and except to the specific extent we reverse the order of the trial court, we sustain the trial court's rulings relative to The Waterton's motion to dismiss.

We further order that the costs of this appeal be equally split between Appellant and Appellee.

RENDERED DECEMBER 14, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk